# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSE COBIAN, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01015-ADA-SAB<br><br>ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 18, 19) |

Plaintiff Jose Trujillo ("Plaintiff") initiated this action on August 12, 2022. The initial scheduling conference is currently set for January 26, 2023. (ECF No. 18.) On January 19, 2023, the parties filed a stipulated request to continue the scheduling conference so that they may conserve resources and continue further settlement negotiations. (ECF No. 19.) The Court finds good cause to grant the stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation to continue the scheduling conference (ECF No. 19) is GRANTED;

2. The scheduling conference currently set for January 26, 2023, is CONTINUED to **March 15, 2023**, at **2:00 p.m.** in **Courtroom 9**; and

///

///

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**January 19, 2023**__

UNITED STATES MAGISTRATE JUDGE