## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE COBIAN, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01015-ADA-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 22)<br><br>**DEADLINE: APRIL 18, 2023** |

　　　　This action was filed on August 12, 2022. (ECF No. 1.) An initial scheduling conference is currently set for March 23, 2023. (ECF No. 20.) On March 16, 2023, Plaintiff filed a notice of settlement, seeking to file dispositional documents by April 18, 2023. (ECF No. 22.)

　　　　Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). Plaintiff requests additional time to file the dispositional documents, "in order to afford the Parties time to complete the settlement." The Court shall permit the limited extension requested to file dispositional documents. The parties are advised, however, that no further extensions of time shall be granted absent a showing of good cause. Further, the parties are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

///

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents no later than **April 18, 2023**.

IT IS SO ORDERED.

Dated:  **March 17, 2023**

UNITED STATES MAGISTRATE JUDGE